# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Natalia Rose Nevin,**

                                                         **Chapter 7**

        **Debtor.**                                      **Bankruptcy No. 21-41171**

## STIPULATION TO EXTEND TIME TO OBJECT TO DISCHARGE

The debtor and the United States Trustee enter into the following stipulation:

### RECITALS

1. The debtor filed a voluntary chapter 7 petition on June 29, 2021.

2. The last day to object to the debtor's discharge is September 27, 2021.

3. The United States Trustee is investigating the debtor's financial circumstances. The debtor produced financial documentation on September 27, 2021, and the United States Trustee anticipates requesting additional documents from third parties. There is insufficient time for the United States Trustee to complete his investigation prior to the expiration of the deadline. The parties thus agree that the deadline to object to discharge should be extended to permit the United States Trustee to conclude his investigation.

### AGREEMENT

The parties agree:

1. That the deadline for the United States Trustee to object to the debtor's discharge pursuant to 11 U.S.C. § 727 may be extended to October 12, 2021.

2.  Pursuant to Local Rule 9011-4(f), the parties authorize the submission of this Stipulation to Extend Time to Object to Discharge with the electronic signatures of counsel for both parties.

Dated:  September 27, 2021

| LAMEY LAW FIRM, P.A. | JAMES L. SNYDER |
| --- | --- |
| | ACTING UNITED STATES TRUSTEE |
| | Region 12 |
| | |
| /e/ John D. Lamey III | /e/ Colin Kreuziger |
| John D. Lamey III, #0312009 | Colin Kreuziger |
| Attorneys for debtors | Trial Attorney |
| 980 Inwood Ave N | MN Atty. No. 0386834 |
| Oakdale MN 55128-7094 | Office of the United States Trustee |
| 651-209-3550 | U.S. Courthouse |
| | 300 South Fourth Street |
| | Minneapolis, MN 55415 |
| | (612) 334-1350 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Natalia Rose Nevin,**

                                      **Chapter 7**

        **Debtor.**                           **Bankruptcy No. 21-41171**

## ORDER

Pursuant to the stipulation between the debtor and the United States Trustee,

IT IS ORDERED:

1. The deadline for the United States Trustee to file an objection to the debtor's discharge shall be October 12, 2021.

Dated:

                                                          Kathleen H. Sanberg
                                                          United States Bankruptcy Judge