# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                       Case No. 21-41171
                                                                                                       Chapter 7

Natalia Rose Nevin,

        Debtor.

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF FULLER, SEAVER & SWANSON, P.A.

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To represent the Trustee with respect to a possible avoidable transfer and provide such other legal services as are necessary.

3. Matthew D. Swanson and Fuller, Seaver & Swanson, P.A. (the "Firm"), are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $470 per hour for Randall L. Seaver, $310 per hour for Matthew D. Swanson, $125 per hour for Amy Muehlich, plus expenses.

5. Said professional has disclosed to the undersigned that it has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except the Firm represents the Trustee in other unrelated bankruptcy cases.

6. The Trustee has made the following efforts to recover the asset prior to submitting this Application: The trustee has obtained and reviewed records and conducted the 341 and believes such services are necessary.

Wherefore, applicant requests that the Court approve such employment by the Trustee.

Dated: October 18, 2021                                       /e/ Randall L. Seaver
                                                                                         Randall L. Seaver, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 21-41171 |
| | Chapter 7 |
| Natalia Rose Nevin, | |
| Debtor. | |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Matthew D. Swanson, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I am an attorney with Fuller, Seaver & Swanson, P.A. My firm does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: the Firm represents the Trustee in other unrelated bankruptcy cases

Dated: October 18, 2021                   /e/ Matthew D. Swanson
                                          Matthew D. Swanson
                                          Fuller, Seaver & Swanson, P.A.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Case No. 21-41171
 Chapter 7
Natalia Rose Nevin,

    Debtor.

**ORDER**

The trustee's application to approve his employment of Fuller, Seaver & Swanson, P.A. as his attorney came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code § 327,

IT IS ORDERED: The employment is approved.

Dated:  _____
 Kathleen H. Sanberg
 United States Bankruptcy Judge