**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Natalia Rose Nevin,

    Debtor.

BKY No. 21-41171
Chapter 7

**NOTICE OF HEARING AND MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION**

1. Randall L. Seaver, the Chapter 7 trustee of the above-captioned bankruptcy estate ("Trustee"), moves the court for authorization to conduct a Bankruptcy Rule 2004 examination. The examination for which authorization is sought is for Kevin Nevin.

2. The Court will hold a hearing on this motion at <u>10:30 a.m</u>. on <u>December 1, 2021</u>, in Courtroom 8W, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

3. Any response to this motion must be filed and served by delivery not later than <u>Friday, November 26, 2021</u>, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This bankruptcy case was commenced as a Chapter 7 on June 29, 2021.  The case is now pending in this court.

5. This court has jurisdiction over this motion pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  This motion arises under Bankruptcy Rule 2004.

6. The individual for which Rule 2004 discovery examination authorization is sought, has the following information concerning the debtor's financial affairs:

    a. Kevin Nevin; Mr. Nevin is the father of the debtor. The debtor and Mr. Nevin executed a personal loan agreement in September of 2020, which states that the debtor lent Mr. Nevin $60,000. According to statements from the debtor it is also believed that the parties worked together and the debtor transferred possible commissions or earnings from her personal account to her father. Kevin Nevin would have information concerning the above financial matters and other matters relating to the debtor's financial affairs.

WHEREFORE, the trustee requests that the Court enter an order approving the trustee's examination, pursuant to Bankruptcy Rule 2004, of Kevin Nevin.

**FULLER, SEAVER & SWANSON, P.A.**

Dated: October 27, 2021

By: /e/ Matthew D. Swanson
Matthew D. Swanson              390271
Randall L. Seaver                     152882
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

## VERIFICATION

I, Randall L. Seaver, the Chapter 7 Trustee in the above-captioned matter state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on October 27, 2021

/e/ Randall L. Seaver
Randall L. Seaver, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 21-41171 |
| | Chapter 7 |
| Natalia Rose Nevin, | |
| Debtor. | |

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on <u>October 27</u>, 2021, I caused the following documents:

- Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations; and
- Order (*proposed*)

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused copy of the foregoing documents to be mailed by first class mail to the entities and individuals listed below:

NATALIA ROSE NEVIN
817 W 57TH ST.
Minneapolis, MN 55419

Kevin Nevin
500 E Grant Street
#408
Minneapolis, MN 55404

Dated: <u>October 27</u>, 2021

   /e/  Matthew D. Swanson
Matthew D. Swanson

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:  BKY No. 21-41171
Chapter 7

Natalia Rose Nevin,

    Debtor.

### ORDER FOR RULE 2004 EXAMINATIONS

The case is before the court on the trustee's motion for an order authorizing him to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004. There were no objections to this motion.

Based on the motion and file,

IT IS ORDERED:

The trustee may examine Kevin Nevin pursuant to Federal Rule of Bankruptcy Procedure 2004.

Dated:

Kathleen H. Sanberg
United States Bankruptcy Judge