# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:    Bankr. No. 21-41171 KLT

Natalia Rose Nevin,

    Debtor.    Chapter 7

## BENCH WARRANT FOR ARREST

To:    United States Marshal and any other Authorized United States Officer:

YOU ARE HEREBY COMMANDED TO ARREST: Kevin Nevin

and bring him forthwith into the custody of the United States and before United States

Bankruptcy Judge Kesha L. Tanabe for his failure to comply with the Court's Contempt

Order dated February 17, 2022 (ECF No. 45).

SO ORDERED by: Kesha L. Tanabe, United States Bankruptcy Judge

DATED:  March 08, 2022

Kesha L. Tanabe
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/08/2022*
Tricia Pepin, Clerk, by AM

## RETURN

This warrant was received and executed with the arrest of the above-named individual at _____ _____ .

Date received: _____    Date of arrest: _____

Name and Title of Arresting Officer    Signature of Arresting Officer