## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankr. No. 21-41171 KLT |
| Natalia Rose Nevin, | |
| Debtor. | Chapter 7 |

### BENCH WARRANT FOR ARREST

To:   United States Marshal and any other Authorized United States Officer:

YOU ARE HEREBY COMMANDED TO ARREST: Kevin Nevin

and bring him forthwith into the custody of the United States and before United States

Bankruptcy Judge Kesha L. Tanabe for his failure to comply with the Court's Contempt

Order dated February 17, 2022 (ECF No. 45).


SO ORDERED by: Kesha L. Tanabe, United States Bankruptcy Judge

DATED:   *March 08, 2022*

_____
Kesha L. Tanabe
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/08/2022*
Tricia Pepin, Clerk, by AM

### RETURN

This warrant was received and executed with the arrest of the above-named individual at _____

_____.

Date received: _____          Date of arrest: _____


_____          _____
Name and Title of Arresting Officer          Signature of Arresting Officer

United States Bankruptcy Court

District of Minnesota

In re:                                                                                    Case No. 21-41171-KLT

NATALIA ROSE NEVIN                                                                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

**Recip ID              Recipient Name and Address**
db              +  NATALIA ROSE NEVIN, 817 W 57TH ST., Minneapolis, MN 55419-1729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022                              Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov  Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| John D. Lamey, III | on behalf of Debtor 1 NATALIA ROSE NEVIN bankrupt@lameylaw.com  MGangi@lameylaw.com;ewise@lameylaw.com |
| Matthew D. Swanson | on behalf of Trustee Randall L. Seaver mswanson@fssklaw.com  heidi@greensteinsellers.com |
| Randall L. Seaver | rseaver@fssklaw.com  rseaver@ecf.axosfs.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 5