# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                    Bankr. No. 21-41171 KLT

Natalia Rose Nevin,

      Debtor.                                                        Chapter 7

## BENCH WARRANT FOR ARREST

To:   United States Marshal and any other Authorized United States Officer:

YOU ARE HEREBY COMMANDED TO ARREST: Kevin Nevin

and bring him forthwith into the custody of the United States and before United States Bankruptcy Judge Kesha L. Tanabe without unnecessary delay for his failure to comply with the Court's Contempt Order dated February 17, 2022 (ECF No. 45, see also ECF No. 57).

SO ORDERED by: Kesha L. Tanabe, United States Bankruptcy Judge

DATED: *April 27, 2022*

*/e/Kesha L. Tanabe*

Kesha L. Tanabe
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **04/27/2022**
Tricia Pepin, Clerk, by JS

## RETURN

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

_____
*Arresting Officer's Signature*

_____
*Printed name and title*