UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Natalia Rose Nevin,

Debtor.

Bankr. No. 21-41171 KLT

Chapter 7

RECEIVED
US MARSHALS
SAINT PAUL, MN
2022 APR 27 PM 3: 25

BENCH WARRANT FOR ARREST

To: United States Marshal and any other Authorized United States Officer:

YOU ARE HEREBY COMMANDED TO ARREST: Kevin Nevin

and bring him forthwith into the custody of the United States and before United States Bankruptcy Judge Kesha L. Tanabe without unnecessary delay for his failure to comply with the Court's Contempt Order dated February 17, 2022 (ECF No. 45, see also ECF No. 57).

SO ORDERED by: Kesha L. Tanabe, United States Bankruptcy Judge

DATED: April 27, 2022

/e/Kesha L. Tanabe
Kesha L. Tanabe
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/27/2022
Tricia Pepin, Clerk, by JS

**RETURN**

This warrant was received on (date) 4/27/2022, and the person was arrested on (date) 4/29/22 at (city and state) St. Paul, MN.

Date: 4/29/22

Arresting Officer's Signature

Rogers, DUSM
Printed name and title