# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 21-41171 |
| Natalia Nevin, | |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Randall L. Seaver, | ADV No. 22-04016 |
| Plaintiff, | |
| v. | |
| Kevin Mark Nevin, | |
| Defendant. | |

# JUDGMENT

This matter came before the Court, and a decision or order for judgment was duly entered, the Honorable Kesha L. Tanabe, United States Bankruptcy Judge, presiding.

IT IS ORDERED, adjudged, and decreed:

1. Pursuant to the stipulation of the parties for entry of judgment, final judgment as to the Plaintiff's complaint is entered as follows:

    a. Judgment is ordered for plaintiff against defendant in the amount of $132,900; the pre-petition transfers of the same are avoided and preserved for the benefit of the bankruptcy estate.

    b. Judgment is ordered for plaintiff against Defendant in the amount of $79,704.64; the pre-petition transfers of the same are avoided and preserved for the benefit of the bankruptcy estate.

    c. The bankruptcy estate of Natalia Nevin is entitled to receive any and all remaining payments payable from CorePath Wealth Partners, LLC under

      the September 2020 asset purchase agreement and compensation agreement, including funds already payable but not yet disbursed, which is declared to be property of the estate.

    d. The plaintiff is awarded costs and disbursements in this action in the amount of $377.53.

2. The parties to the stipulation may enforce the terms of the stipulation in accordance with applicable law. If the parties seek additional relief as to non-parties to this proceeding, they may submit such a request in accordance with applicable law.

DATED: June 22, 2022  
At: Saint Paul, Minnesota

Tricia Pepin  
Clerk of the Bankruptcy Court

By: /e/ Lanna Magnolia  
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on *06/22/2022*  
Tricia Pepin, Clerk, by LM