**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

NATALIA ROSE NEVIN

Debtor(s)

Case No: 21–41171

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE WAIVED

TO: All creditors and other parties in interest:

The discharge of NATALIA ROSE NEVIN has been waived.

Dated: 7/28/22

Tricia Pepin
Clerk, United States Bankruptcy Court

By: AnitaM
Deputy Clerk

**mnbntwd** 09/07/2010 – kb