**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

NATALIA ROSE NEVIN

Case No: 21−41171

Debtor(s)

Chapter 7 Case

---

# NOTICE TO CREDITORS: DISCHARGE WAIVED

TO: All creditors and other parties in interest:

The discharge of NATALIA ROSE NEVIN has been waived.

Dated: 7/28/22

Tricia Pepin
Clerk, United States Bankruptcy Court

By: AnitaM
Deputy Clerk

**mnbntwd** 09/07/2010 − kb

United States Bankruptcy Court

District of Minnesota

In re:                                                                                           Case No. 21-41171-KLT

NATALIA ROSE NEVIN                                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: mnbntwd | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NATALIA ROSE NEVIN, 817 W 57TH ST., Minneapolis, MN 55419-1729 |
| aty | #+ | Fuller Seaver & Swanson PA, 12400 Portland Ave S, Ste 132, Burnsville, MN 55337-6805 |
| 62695702 | + | DAN AND DAWN BURNS, C/O JOSHUA B. KONS ESQ, 92 HOPMEADOW ST LOWER LEVEL, WEATOGUE CT 06089-9698 |
| 62695703 | + | GARY HAGER AND, KATHLEEN HAGER, 7727 TANGLEWOOD CT, MINNEAPOLIS MN 55439-2565 |
| 62695707 | + | LAW OFFICES OF JOSHUA B. KONS LLC, 92 HOPMEADOW ST., LOWER LEVEL, WEATOGUE CT 06089-9699 |
| 62695709 | + | SANDLAPPER SECURITIES LLC, SANDLAPPER WEATH MANAGEMENT LLC, 317 RUTH VISTA BLVD, LEXINGTON SC 29073-8628 |
| 62695710 | + | TREVOR GORDON, 5 NORMAN PLACE, GREENVILLE SC 29615-6077 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62695701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2022 21:10:22 | CITIBANK NA, 5800 S CORPORATE PL, SIOUX FALLS SD 57108-5027 |
| 62695704 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 28 2022 21:04:00 | HYUNDAI MOTOR FINANCE, PO BOX 105299, ATLANTA GA 30348-5299 |
| 62695705 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2022 21:04:00 | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 62695708 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2022 21:04:00 | NELNET, 3015 S PARKER RD STE 425, AURORA CO 80014-2904 |
| 62695711 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 28 2022 21:10:22 | WELLS FARGO CARD SERVICES, PO BOX 10347, DES MOINES IA 50306-0347 |
| 62695712 | + | Email/Text: bankruptcies@wingsfinancial.com | Jul 28 2022 21:04:00 | WINGS FINANCIAL CREDIT UNION, 14985 GLAZIER AVENUE SUITE 100, APPLE VALLEY MN 55124-7490 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 62695706 | ##+ | KEVIN NEVIN, 500 EAST GRANT STREET NO 408, MINNEAPOLIS MN 55404-1428 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                    Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Colin Kreuziger | on behalf of U.S. Trustee US Trustee Colin.Kreuziger@usdoj.gov  Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| Colin Kreuziger | on behalf of Plaintiff Mary R Jensen Colin.Kreuziger@usdoj.gov  Nissa.L.Atkinson@usdoj.gov;Bethany.Sibenaller@usdoj.gov |
| John D. Lamey, III | on behalf of Debtor 1 NATALIA ROSE NEVIN bankrupt@lameylaw.com  MGangi@lameylaw.com;ewise@lameylaw.com |
| Matthew D. Swanson | on behalf of Plaintiff Randall L. Seaver mswanson@greensteinsellers.com  heidi@greensteinsellers.com |
| Matthew D. Swanson | on behalf of Trustee Randall L. Seaver mswanson@greensteinsellers.com  heidi@greensteinsellers.com |
| Nathan Myrum Hansen | on behalf of Defendant NATALIA ROSE NEVIN nathan@hansenlawoffice.com  nathan.hansen@gmail.com |
| Nathan Myrum Hansen | on behalf of Debtor 1 NATALIA ROSE NEVIN nathan@hansenlawoffice.com  nathan.hansen@gmail.com |
| Randall L. Seaver | rseaver@fssklaw.com  rseaver@ecf.axosfs.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 9